# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

FILED
2018 SEP 11  P 2: 53
U.S. DISTRICT COURT
NEW HAVEN, CT.

Dasyam Samuel Rajasekhar,
　　　　　Plaintiff,
v.

Case No. 3:18CV1535(JAM)
(To be supplied by the Court)

Environmental Data Resources,
　　　　　Defendant(s).

## COMPLAINT FOR EMPLOYMENT DISCRIMINATION

1. Plaintiff resides at the following location: c/o Larry Schwandes, 1805 NW 38 Terrace Gainesville, FL 32605

2. Defendant(s) reside(s) at the following location [Attach additional sheets if more space is required]: 6 Armstrong Road, 4th Floor, Shelton, CT 06484

3. This action is brought pursuant to [Check all spaces that apply to the type of claim(s) you wish to assert against the Defendant(s)]:

☒　Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. §§ 2000e, et seq., for employment discrimination on the basis of race, color, religion, sex, or national origin. Jurisdiction is specifically conferred on this Court by 42 U.S.C. § 2000e-5(f). Equitable and other relief is sought under 42 U.S.C. § 2000e-5(g) and the Civil Rights Act of 1991, 42 U.S.C. § 1981a.

☒　Age Discrimination in Employment Act of 1967, as amended, 29 U.S.C. §§ 621, et seq., for employment discrimination based upon age. Jurisdiction is alleged pursuant to 28 U.S.C. §§ 1331, 1337, and/or 1343. Equitable and other relief is sought under 29 U.S.C. §§ 626(b) and (c) or §§ 633a(b) and (c).

　　My Year of Birth is: 1962 .

☐ Rehabilitation Act of 1973, as amended, 29 U.S.C. §§ 701, et seq., for employment discrimination on the basis of a disability against an employer which constitutes a program or activity receiving Federal financial assistance. Jurisdiction is asserted under 28 U.S.C. §§ 1331, 1337 and/or 1343. Equitable and other relief is sought under 29 U.S.C. § 794a.

☒ Americans with Disabilities Act of 1990, as amended, 42 U.S.C. §§ 12101, et seq., for employment discrimination on the basis of a disability against a private employer. Jurisdiction is specifically conferred on this Court by 42 U.S.C.§ 2000e-5(f). See 42 U.S.C. § 12117(a). Equitable and other relief is sought pursuant to 42 U.S.C. § 2000e-5(g). Id.

4. The acts complained of in this suit concern [Check all spaces that are applicable to your claim(s)]:

    (A) ☐ Failure to hire me. I was refused a job on the following date(s): ____

    (B) ☒ Termination of my employment. I was terminated from my employment on the following date: 18 March 2016.

    (C) ☐ Failure to promote me. I was refused a promotion on the following date(s): ____

    (D) ☒ Other acts as specified below: Retaliation continued during employment, at termination and after termination.

5.      The conduct of the Defendant(s) was discriminatory because it was based upon: race [X], color [X], religion [X], sex [X], age [X], national origin [X] or disability [X]. [Please check all applicable bases for your claim of discrimination and explain further, if necessary]: Non-white, Indian Christian, Sexual Harassment, Highly experienced with many years of professional experience, Indian Heritage, EAP, Hype tension

6.      The facts surrounding my claim of employment discrimination are as follows [Attach additional sheets, if necessary]:

From June 2015 onwards I complained of discriminatory acts/misconduct directed against me

and others both in writing as well as informally. There was no significant reduction. Instead I noticed

retaliatory acts. These were also brought to attention in the form of informal as well as formal grievances.

Retaliations were in the form of excessive scrutiny, false statements of qualifications and work performanc

intimidations, warnings not to complain about co-workers, false accusation of disrupting meetings,

purposefully and needlessly boasting that illegal cutting corners to environmental due diligence maps.

mocking NEPA toffend me, sexual gestures and conversations-offensive to me, profanity - Christian, not

playing along-team player. Fired after grievance that questioned my continued employment - harassment.

7.      The approximate number of persons who are employed by the Defendant employer I am suing is: 150 .

8.      The alleged discrimination occurred on or about the following date(s) or time period: June 2015 to March 2018 (termination) and September 27, 2016 onwards (post-employment) .

3

9.  I filed charges with the:

    ☒  Equal Employment Opportunity Commission

    ☒  Connecticut Commission on Human Rights and Opportunities

10. The Equal Employment Opportunity Commission issued a Notice of Right to Sue letter **(copy attached)**, which I received on or about the following date: Review - Targeted. **[NOTE:** If you filed charges with the EEOC or the CHRO, you **MUST** attach a copy of the Notice of Right to Sue letter for this Court to consider your claim(s). Failure to do so may result in delaying consideration of your claim(s).]

11. The EEOC or the CHRO determined that there was no probable cause to believe that discrimination occurred. My reasons for questioning that determination are as follows [Attach additional sheets, if necessary]: After exercising my right and complained to CHRO, defendent retaliated serving on me legal notice to sue - breach of agreement. Reiterated to CHRO response. CHRO didn't address. Some discriminatory complaints acknowledged - prima facie, Accepted proffered bona fide business reason but no opportunity to prove pretext or question bona fide ness itself

12. If relief is not granted, I will be irreparably denied rights secured under the law(s) referred to in Item Number 3, above.

13. WHEREFORE, Plaintiff(s) pray(s) that: The Court grant such relief as may be deemed appropriate, including **[NOTE:** While all of the forms of relief listed below may not be available in a particular action, you should place a check next to each form of relief you seek.):

    ☐  Injunctive orders (specify the type of injunctive relief sought): _____

    ☒  Backpay;

4

☒ Reinstatement to my former position;

☐ Monetary damages (specify the type(s) of monetary damages sought): __

☒ Other (specify the nature of any additional relief sought, not otherwise provided for on this form): Confirm to affirmative action expectations and regulations by training (none offered from June 2015 to termination), pro active anti harassment actions, etc.  ;

AND costs and attorneys' fees.

**JURY DEMAND**

I hereby   DO ☐   DO NOT ☒   demand a trial by jury.

| Original signature of attorney (if any) | **Plaintiff's Original Signature** |
|---|---|
|  | Dasyam S Rajasekhar |
| Printed Name and address | Printed Name and address |
|  | c/o Larry Schwandes 1805 NW 38 Terrace |
|  | gainesville, FL 32605 |
| ( ) | (218) 209 - 6396 |
| Attorney's telephone | Plaintiff's telephone |
|  | samuel_rajasekhar@hotmail.com |
| Email address if available | Email address if available |

Dated: 9/4/2018

5

## DECLARATION UNDER PENALTY OF PERJURY

The undersigned declares under penalty of perjury that he/she is the plaintiff in the above action, that he/she has read the above complaint and that the information contained in the complaint is true and correct.  28 U.S.C. § 1746; 18 U.S.C. § 1621.

Executed at Gainesville FL on 9/05/2018.
        (location)                                                (date)

                                                    *D-S* (signature)
                                                    **Plaintiff's Original Signature**

(Rev. 3/23/16)

State of Florida
County of Alachua
Sworn and a subscribed
before me this 5 day of September 2018
by Dasyam Rajasekhar         Deborah D. Masciale

DEBORAH D. MASCIALE
Notary Public, State of Florida
Commission# GG 68727
My comm. expires Feb. 15, 2021

6